# UNITED STATES DISTRICT COURT

for the

Eastern    District of    California

**FILED**

DEC - 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| | ) 2:13 - MJ - 366 CKD |
| JESSE DAVENPORT | ) |
| (aka Draco John Flama) | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of    August 27, 2013, through September 3, 2013    in the county of    Butte    in the

Eastern    District of    California    , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) (three counts) | Receipt and Distribution of Child Pornography (as described in Attachment A) |
| 18 U.S.C. §2252(a)(4)(B) | Possession of Child Pornography (as described in Attachment A) |

This criminal complaint is based on these facts:

(See Attached Affidavit of SA Andrew D. Forristel)

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew D. Forristel, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    December 5, 2013

_____
*Judge's signature*

City and state:    Sacramento, California

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

- on or about August 27, 2013, in Butte County, State and Eastern District of California, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2);

- on or about August 28, 2013, in Butte County, State and Eastern District of California, did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2); and

- on or about September 4, 2013, in Butte County, State and Eastern District of California, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2); and

- on or about September 5, 2013, in Butte County, State and Eastern District of California, did knowingly possess and knowingly access with intent to view, matter which contained visual depictions that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so transported, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaged in sexually explicit conduct and such visual depictions were of such conduct, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Andrew D. Forristel, ("Your Affiant"), a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Sacramento Division, Chico Resident Agency, being duly sworn, depose and state the following:

### A.    Introduction

1. I make this affidavit in support of an application for an arrest warrant for JESSE DAVENPORT, aka Draco John Flama, currently residing at the Butte County Jail, 35 County Center Drive, formerly a transient, residing in Butte County in the Eastern District of California. As set forth herein, there is probable cause to believe that JESSE DAVENPORT, aka Draco John Flama, has received and distributed child pornography, in violation of 18 U.S.C. § 2252(a)(2); and possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

2. Your Affiant has been employed as a Special Agent of the FBI for approximately ten years, and is currently assigned to the Sacramento Division, Chico Resident Agency. Some of my investigative responsibilities include the investigation of criminal violations relating to child exploitation, including violations pertaining to the illegal production, distribution, receipt and possession of visual depictions of minors engaged in sexually explicit conduct and child pornography (as those terms are defined in 18 U.S.C. § 2256 and hereinafter referred to collectively as "child pornography") in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A. In the course of my duties, I have participated in the execution of numerous search warrants, including several relating to child exploitation investigations.

3. I believe that there is probable cause to believe that JESSE DAVENPORT, aka Draco John Flama, has violated 18 U.S.C. § 2252 (a)(2), which makes it a crime to knowingly receive or distribute any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed, or shipped or transported in or affecting interstate or foreign commerce, or which contains

1

materials which have been mailed, shipped or transported in interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct; and 18 U.S.C. § 2252 (a) (4) (B), which makes it a crime to knowingly possess matter containing any visual depiction that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

4. I am familiar with the information contained in this Affidavit based upon my experience and training, my conversations with other law enforcement officers who have engaged in numerous investigations involving child pornography, and the investigation I have conducted.

5. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that JESSE DAVENPORT, aka Draco John Flama has violated 18 U.S.C. § 2252. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## B.    Definitions

6. Child Pornography" includes the definition in 18 U.S.C. § 2256(8), any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear

2

that an identifiable minor is engaged in sexually explicit conduct.

7. "Child Erotica" means materials or items that are sexually arousing to certain individuals but that are not in and of themselves obscene or do not necessarily depict minors in sexually explicit conduct or poses. Such material may include non sexually explicit photographs (such as minors depicted in undergarments in department store catalogs or advertising circulars), sexually provocative drawings, or sketches, written descriptions/stories, or journals.

8. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. See 18 U.S.C. § 2256(5).

9. "Minor" means any person under the age of eighteen years. See 18 U.S.C. § 2256(1).

10. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital genital, oral genital, or oral anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. See 18 U.S.C. § 2256(2).

## C.    Facts Establishing Probable Cause

Identity

11. On December 4, 2013, your Affiant spoke with DAVENPORT at the Butte County Jail. DAVENPORT told your Affiant that he preferred to be called Jesse Davenport instead of Draco Flama. DAVENPORT continued to explain that in the late 1980's he wrote in the name Draco Flama when submitting paperwork to the Department of Motor Vehicles in an effort to upset his father. Since that time his official paperwork has used the name "Draco Flama." DAVENPORT is attempting to legally change his name back to JESSE DAVENPORT.

Prior Conviction

12. On or about February 8, 2011, DAVENPORT was convicted in Butte County

3

Superior Court, case number CM033391, for violation of California Penal Code (PC) section 288a(b)(1), oral copulation of a person under the age of 18, a felony, and sentenced to three years in state prison. During the investigation resulting in this conviction, DAVENPORT told law enforcement that he is a "Gorian Master" who has "slaves." DAVENPORT also told law enforcement that he is a sadist, who enjoys inflicting pain on his slaves.

13. On, or about, June 17, 2012, DAVENPORT was released from state prison, and placed on parole for a period of three years. On February 20, 2013, DAVENPORT signed a California Department of Corrections (CDC) form 1515, Notice and Conditions of Parole. Among the conditions of DAVENPORT's release were the following:

    a. He shall participate in continuous electronic monitoring, with the use of global positioning system (GPS) technology;

    b. Not tamper with the GPS device;

    c. Shall not have access to, or use, the Internet;

    d. Shall not use or possess a cell phone of any kind that can access the Internet; and

    e. Shall not view, possess, or have access to any pornographic material.

Violations of Parole Conditions

14. On September 5, 2013, DAVENPORT met with his Parole Agent in Chico, California, in the State and Eastern District of California. During this meeting, DAVENPORT was in possession of an LGVM670 mobile telephone, serial number 105KPCA0657859. This phone is capable of Internet access. DAVENPORT told the Parole Agent that the phone was broken. The Parole Agent located a micro SD card inside the mobile phone, and took possession of it to later search for contraband.

15. On September 9, 2013, DAVENPORT removed his GPS monitor. The device was subsequently located and recovered in a trash can outside of a 7-11 convenience store in Chico, California. A state arrest warrant for DAVENPORT, charging him

4

with violation of 3056 PC, violation of parole, was obtained.

16. On September 12, 2013, DAVENPORT was contacted by law enforcement in Redding, California. During this contact, DAVENPORT was observed charging his mobile phone at an electrical outlet of a retail business. When contacted by law enforcement, DAVENPORT initially provided a false name and date of birth. Law enforcement located DAVENPORT's California identification card and learned of the outstanding felony arrest warrant for his violation of parole. DAVENPORT was arrested and booked into the Shasta County jail.

17. At the time of his arrest, DAVENPORT was in possession of two mobile telephones. The first phone was an LG VN251, serial number 306CYRN0214862. The second phone was the LG model VM670, serial number 105KPCA0657859, that he possessed on September 5, 2013, at the time of his meeting with his parole agent and from which the SD card was removed (hereinafter "DAVENPORT's Android Phone".) Both phones were Internet capable, in violation of DAVENPORT's parole conditions. Both phones were released from the Shasta County jail and provided to DAVENPORT's parole agent.

Identification of Child Pornography

18. Upon receiving the two phones, DAVENPORT's parole agent recognized DAVENPORT's Android Phone as being the device the Parole Agent previously removed the SD card from. The parole agent then placed the seized SD card back into DAVENPORTs Android Phone. After doing so, and pursuant to the terms of his parole, DAVENPORT's parole agent viewed the content of DAVENPORT's Android Phone. During this search, the parole agent observed a video depicting an adult female digitally penetrating the vagina of a toddler.

19. On September 17, 2013, law enforcement in Butte County utilized forensic tools to extract and preserve the contents of both of DAVENPORT's mobile telephones.

20. A review of the content of DAVENPORT's Android Phone revealed the following information:

5

    a. DAVENPORT used the email address masterxsavage@gmail.com;

    b. The email address masterxsavage@gmail.com was associated with the name Jesse Davenport; and

    c. A video entitled "VID_20130827_162931.MP4" was stored on the phone.

21. I have viewed the video entitled "VID_20130827_162931.MP4 (hereinafter "Video"). This video is approximately 51 seconds in length, and depicts a white female child who appears to be approximately three years of age, lying on a bed with a green colored sheet. The child appears to be naked from the waist down and is wearing a white patterned garment which has been pulled up above her waist. An adult white female is observed digitally penetrating the vagina of the child with the pinky finger of her right hand. The child is heard to say "Ouch", "Ow", and "it hurts." Later in the video, the same adult white female performs oral sex on the vagina of the child. A tongue ring is visible on the tongue of the adult female.

Identification of Connecticut Co-Conspirator

22. Law enforcement further reviewed the content of DAVENPORT's Android Phone, and when combined with queries of public and law enforcement databases, identified an individual who might be the adult female seen sexually exploiting the child in the Video. On September 19, 2013, Special Agents of the FBI in New Haven, Connecticut, contacted Angela Denise Martin, also known as Angela Haussmann, date of birth September 14, 1984, outside a residence in Wallingford, Connecticut. Martin was told the interview was voluntary and that she was not under arrest. Martin agreed to speak to law enforcement and provided the following information:

    a. Martin currently works as a babysitter for Minor Victim (hereinafter MV), a toddler-aged minor whose identity is known to law enforcement;

    b. Martin has a cell phone with the number 203-xxx-7496, and she also uses several texting applications, as well as an app called "Moco;"

    c. Martin recently met a guy named "Jesse" in a Moco chat room. Martin described "Jesse" as a "Dom" or dominant in a master/slave or domination

setting and Martin sometimes plays the "sub" or submissive role;

   d. Martin stated that she produced a sexually explicit video of MV using her cell phone, but she could not recall the exact date she produced it.  Martin produced this video because "Jesse" asked her to make it.  Martin said that "Jesse" threatened to hurt her, her husband, and the girls she was caring for if she did not send pictures and videos showing the "private parts" of the girls Martin was caring for.  Martin stated that she was gullible and fell for what "Jesse" was saying and she made and sent the video of MV; and

   e. During the video Martin touched MV's vagina with her right hand pinky finger and moved her finger around.  Martin simulated what she had done to MV by moving her right pinky around in the air in a manner consistent with what was displayed in the Video.  Martin also stated that she placed her mouth close to MV's vagina and simulated performing oral sex on MV to appease "Jesse."  This action is also consistent with what occurred in the Video.  Martin believed that she sent the video to "Jesse" using her email account lilstarrligh84@gmail.com.  Martin deleted the video off of her phone after she made it.

During the interview with Martin, law enforcement observed that she had a pierced tongue.

   23. Martin signed a consent to search form authorizing law enforcement to review her cell phone.  During this review, law enforcement located an email which had been sent from Martin's phone on August 27, 2013 at approximately 5:36 p.m. to an individual identified as "Jesse" at masterxsavage@gmail.com.  Attached to this email was a file named VID_20130827_162931.MP4, which was approximately 17.2 Megabytes in size.  This attachment bears the same file name and is approximately the same size as the video which was recovered from DAVENPORT's Android Phone.

   24. New Haven FBI obtained and served a Federal search warrant upon Google

for records pertaining to the email accounts of lilstarrligh84@gmail.com and masterxsavage@gmail.com. A review of the records provided by Google in response to this warrant show the following:

a. On August 27, 2013, at 5:36 p.m., Angela Haussmann with the email address lilstarrligh84@gmail.com sent an email to masterxsavage@gmail.com, with a subject "Hope this works." Attached to this email was the 17.2 MB file "VID_20130827_162931.mp4."

b. On August 28, 2013, at 10:28 p.m., Jesse Davenport using the email address masterxsavage@gmail.com sent an email to Johnharris209@gmail.com, with the 17.2 MB file "VID_20130827_162931.mp4" attached.

c. On September 4, 2013, at 4:29 p.m., Angela Haussmann using the email address lilstarrligh84@gmail.com sent an email to masterxsavage@gmail.com with a subject "Hope this works." Attached to this email was a 17.2 MB file "VID_20130827_162931.mp4."

Additional Content on DAVENPORT's Android Phone

25. In addition to the video entitled "VID_20130827_162931.MP4, two other video files were located on DAVENPORT's Android Phone, further described as:

a. The video file entitled "14sel0404.avi", is approximately 19 minutes and 50 seconds in length, and depicts a single, white female who appears to be in her late teens, in front of a video camera connected to a computer or other electronic device. It also appears that the female is communicating with someone using the electronic device attached to the camera. During the course of the video, the female removes her top revealing her breasts which she then begins to fondle. As the video continues she removes all her clothes, and provides the camera a clear view of her genitalia. The female begins to masturbate, inserts her fingers into her vagina, and then inserts a foreign object into her vagina. After doing this for several minutes the female then begins to insert her fingers and foreign objects

8

into her anus. Throughout the video, the female appears to return to the electronic device and resume communicating with someone. She also repositions the camera to focus more specifically on her genitalia.

b. The video file "L43", is approximately five minutes and seven seconds in length, and depicts two white females, and one male, all of whom appear to be in their late teens or early 20's, in front of a video camera connected to a computer or other electronic device. One of the females bends at the waist, and places her face very close to the camera. It appears as if the female moves closer to the computer connected to the camera and begins to use a mouse and/or a keyboard, possibly communicating with someone. After a short period of time, the female stands erect and lifts her top up revealing her breasts. She then begins to fondle and rub her breasts. The other female and male place their hands and mouths upon her exposed breasts. The female is then seen bending at the waist again, placing her face closer to the camera and computer. It appears as if she continues to communicate with someone using the computer. After a short period of time, she stands erect, turns around, and pulls down her pants revealing her buttocks. She begins to rub her buttocks at which point the other two individuals join in, rubbing her buttocks, and touching her genitalia and anus. The female pulls her pants back up, returns to the computer, and repeats the process of revealing her breasts, allowing the others to fondle and kiss her exposed breasts.

Criminal History

26. According to California Department of Corrections and Rehabilitation (CDCR) records, DAVENPORT has absconded from the supervision of California State Parole on three separate occasions, since his June 17, 2012, to include:

a. Immediately following his release from prison DAVENPORT failed to report in to his parole agent. On July 3, 2012, CDCR obtained an arrest warrant for DAVENPORT charging him with violation of California Penal

9

Code 3056, violation of parole. DAVENPORT was located and arrested on November 12, 2012, by the Oblong Police Department, Crawford County, Illinois.

b. On May 13, 2013, DAVENPORT removed his GPS monitoring device. CDCR obtained an arrest warrant for DAVENPORT, charging him with violation of California Penal Code 3056, violation of parole. DAVENPORT was located and arrested on May 23, 2103, by the University of California, Berkley, Police Department, Berkley, California.

c. As previously documented in this Affidavit, on September 9, 2013, DAVENPORT removed his GPS monitoring device. CDCR obtained an arrest warrant for DAVENPORT charging him with violation of California Penal Code 3056, violation of parole. DAVENPORT was located and arrested on September 12, 2013, by the Redding Police Department, Redding, California.

27. On November 13, 2013, your Affiant spoke with the 18th Judicial District, Sedgwick County, Kansas, and learned that DAVENPORT has an outstanding, misdemeanor arrest warrant, case number 10-CR-1804, issued on July 15, 2010, for a violation of his probation. The following details of the underlying offense were obtained through Sedgwick County court documents and the Park City Police Department:

a. In May 2010, the Park City Police Department recovered a 17-year-old female who was with DAVENPORT (then approximately 35 years of age) inside a motel room in Park City, Kansas.

b. The minor female initially met DAVENPORT through the Internet. The two decided to meet in person, and after doing so, hitchhiked together from Missouri through Oklahoma and into Kansas.

c. While at a truck stop in Park City, Kansas, DAVENPORT and the minor female went into a laundry room and engaged in sexual intercourse. DAVENPORT then began to have anal sex with the minor. At one point

the minor told DAVENPORT it was hurting, told him to stop, and began to pull away, but DAVENPORT pulled her back onto himself.

   d. After leaving the truck stop, DAVENPORT and the minor female obtained a motel room nearby.

   e. When law enforcement attempted to contact DAVENPORT and the minor at the motel room, it was learned that DAVENPORT had tied the minor female to the bed. After hearing the police at the door, DAVENPORT used a knife to cut the bindings used to hold the minor female to the bed, and in doing so, cut her foot.

   f. The case resulted in DAVENPORT receiving a misdemeanor conviction for a sexual battery, and a 12 month sentence in jail.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

11

## E.    Conclusion

28. Based upon the above information, there is probable cause to believe that the JESSE DAVENPORT, aka Draco John Flama, has violated 18 U.S.C. § 2252(a)(2), which makes it a crime to receive or distribute any visual depiction of child pornography; and 18 U.S.C. §  2252(a)(4)(B), which, among other things, make it a federal crime for any person to knowingly possess visual depictions of minors engaged in sexually explicit conduct.

ANDREW D. FORRISTEL
Special Agent
Federal Bureau of Investigation

Approved as to form.

KYLE REARDON
Assistant United States Attorney

Subscribed and sworn before me this _5th_ day of December, 2013, at Sacramento, California.

CAROLYN K. DELANEY
United States Magistrate Judge
Eastern District of California
~~Redding, California~~ *cgf cwo*

12